## SWORN STATEMENT IN PROOF OF LOSS

Amount of Policy at time of loss: $ 301,400
Policy Number: HOS1439656
Policy Period: 03/20/2020 – 03/20/2021
Insured's Name(s): Alain Alfonso Hernandez
Claim Number: U201678
Agent: Hull & Company, LLC
To: Scottsdale Insurance Company
hereinafter "Company"

At time of loss, by the above indicated policy of insurance you insured Alain Alfonso Hernandez against loss by all perils to the property described in or attached to this statement, according to the terms and conditions of the policy and all forms, endorsements, transfers, and assignments attached thereto.

1. **Time and Origin:** A Water Damage loss occurred on 03/11/2021 at unknown
The cause and origin of said loss were: Water Damage

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of loss as follows, and for no other purpose whatever: Owner Occupied

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was Alain Alfonso Hernandez. No other person or persons had any interest therein or incumbrances except: None

4. **Changes:** Since the policy was issued there has been no assignment, or changes of interest, use, occupancy, possession,

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was $ 301,400 at the time of loss, and there was no other policy or other contract of insurance on the property at the time of loss.

6. The Whole Loss and Damage was                              $74,147.67

7. Less Amount of Deductible or Coinsurance                    $2,500.00

8. The Amount Claimed under the above numbered policy is       $71,647.67

The loss did not originate by any act, design, or procurement on the part of your insured or its affiliates. Nothing has been done by or with the privity or consent of your insured to violate the conditions of the policy, or render it void; no property is mentioned herein or in any other information or documentation submitted with this loss other than that property that was destroyed or damaged at the time of the referenced loss; no property has in any manner been concealed, and no attempt to deceive the Company, as to the extent of the loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

In consideration of any payment made pursuant to this proof, the undersigned hereby assigns and transfers to the Company named ... with the loss or damage to the property and agrees that the Company is subrogated to each and all claims and demands against any persons, firms or corporations arising from or connected with such loss or damages to the extent of such payments. The undersigned agrees that he or she will assist the Company on the prosecution of such claims and will execute any and all papers necessary in effecting recovery.

The furnishing of this blank or the preparation of the above by a representative of the above Insurance company is not a waiver of any rights.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for Insurance is guilty of a crime and may be subject to fines and confinement in prison.

STATE OF Florida  COUNTY OF Lee

SIGNATURE OF INSURED

On this 13th day of April, 2021 Before me personally appeared Alain A Hernandez to me known to be the person described herein, and who executed the foregoing instrument and FL Drivers Lic

My term expires Sept 30 20 21

NOTARY PUBLIC /s/ Jonette H Kessack

(NOTARY SEAL)
JONETTE H KESSACK
Notary Public – State of Florida
Commission # GG 135532
My Comm. Expires Sep 30, 2021
Bonded through National Notary Assn.

EXHIBIT "A"